NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| ALLIE C. BESSETTE, DOC #523028, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No.  2D18-1690 |
| STATE OF FLORIDA, | ) ) | |
| Appellee. | ) ) ) | |

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Allie C. Bessette, pro se.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.